IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY DEVON DANDRIDGE, # 222699, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:17-CV-193-WKW [WO] |
| RICHARD DEAN, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 17) to which no timely objections have been filed. Based upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 17) is ADOPTED and that this action is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

A separate final judgment will be entered.

DONE this 30th day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE